Direct Pay Tax#147251-80-001
(479) 410-3035

19130

THIS NUMBER MUST APPEAR ON
ALL CORRESPONDENCE, INVOICES,
SHIPPING PAPERS AND PACKAGES.

TO: FMC Food Tech

SHIP TO: VBC 87

| DATE ORDERED | DATE WANTED | SHIP VIA | TERMS | F.O.B. |
|---|---|---|---|---|

PLEASE ENTER OUR ORDER FOR THE FOLLOWING — TO BE SHIPPED AS DIRECTED:

| QTY ORDERED | QTY RECEIVED | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| | | VBC-87 | ~~00~~ | $2,847,203.00 |
| | | | | $2,847,203.00 |

CONDITIONS
GOODS ARE SUBJECT TO OUR INSPECTION AND APPROVAL.
IF SHIPMENT WILL BE DELAYED FOR ANY REASON, ADVISE US
IMMEDIATELY, STATING ALL THE NECESSARY FACTS.
TO AVOID ERRORS, NOTE SPECIFICATIONS CAREFULLY AND IF UN-
ABLE TO COMPLETE ORDERS AS WRITTEN NOTIFY US PROMPTLY.

BY: Cody Nix

Form # VBC-005 Rev. 07/01

DEPOSITION
EXHIBIT
10
Godsey

FMC Technologies
1622 First St.
Sandusky, OH 44870
Phone: (419) 626-0304
Fax:   (419) 626-9660

VBC 87

**FMC**

# ORDER ACKNOWLEDGEMENT

Prepared for

# SIMMONS FOODS, INC.
2101 Twin Circle Drive
Van Buren, AR 72956

Prepared by:

Jim Estes
Account Manager

Ph: 479-770-0075     Fax: 479-770-0076     e-mail: jim.estes@fmcti.com

Quote No.: 05JA-1129 REV.A
November 22, 2005

FRIGOSCANDIA                              STEIN · DSI

FM  echnologies
1622 First St.
Sandusky, OH 44870
Phone: (419) 626-0304
Fax:    (419) 626-9560

**FMC**

## FMC FOODTECH ORDER ACKNOWLEDGEMENT

Customer
**SIMMONS FOODS, INC.**
2101 Twin Circle Drive
Van Buren, AR  72956

Ship To

To Be Advised

No. 05JA-1129 REV.A
Date November 22, 2005
Page 2

### PRODUCT PARAMETERS

Product 1:  Wings – Glaze/Cook/Glaze
Capacity:   7,500 lbs./hr.

Product 2:  Fillets – Grill / Cook
Capacity:   5,000 lbs./hr.

### EQUIPMENT LIST AND PRICING

### WING LINE – LINE #1

### FRYER SYSTEM

| One | Stein, Model **TFF-II 4028 THERMoFIN Fryer** | $ | 465,250.00 |

### THERMAL FLUID HEATER

| One | Fulton, Model **ST-2500-F Thermal Fluid Heaters (8m BTU)** | $ | 219,000.00 |
| One | **Loose Valve Package** for TFF-II 4028 THERMoFIN Fryer | $ | 16,960.00 |
| One | **Loose Valve Package** for JSO-IV 4044 Oven | $ | 44,280.00 |
| One | **Skid Mounted Secondary Loops** for PG-1172 PRoGRILL | $ | 59,380.00 |

### FILTERING SYSTEM

| One | Stein, Model **SF-11 Continuous Force Flow Filter** | $ | 61,360.00 |
| One | **1,540 Gallon Cooking Oil Supply Tank** | $ | 16,450.00 |
| One | **Stainless Steel Hot Oil Piping Package** | $ | 12,250.00 |

### GLAZE APPLICATION

| One | Stein, Model **APB-40 Glaze Applicator** | $ | 49,090.00 |

FRIGOSCANDIA                                                                                         **STEIN · DSI**

FMC Technologies
1622 First St.
Sandusky, OH 44870
Phone: (419) 626-0304
Fax: (419) 626-9560

**FMC**

# FMC FOODTECH ORDER ACKNOWLEDGEMENT

No. <u>05JA-1129 REV.A</u>
Date <u>November 22, 2005</u>
Page 3

### OVEN COOKING SYSTEM

One      Stein, Model **JSO-IV 4044 Jet Stream Oven** ............................$   1,370,900.00

### GLAZE APPLICATION

One      Stein, Model **APB-40 Glaze Applicator** ........................$        49,090.00

### FILLET LINE – LINE #3

### PRoGRILL SYSTEM

One      Formcook, Model **PG-1172 Thermal Fluid PRoGRILL** ...............$     573,536.00

|  |  |
|---|---|
| **SUBTOTAL EQUIPMENT VALUE** ............$ | 2,937,546.00 |
| 4.5% Allowance as Agreed on JSO-IV 4044 Oven .....................$ | (61,690.00) |
| 3.5% Allowance as Agreed on Remaining Equipment ................$ | (54,153.00) |
| Stainless Steel SurCharge ........................................................$ | 25,500.00 |
| **TOTAL EQUIPMENT VALUE** ....................$ | 2,847,203.00 |

**REVISION A:** Deletes Freezer, all Conveyors, LINK Upgrade and Process Analysis, and changes PG-1160 ProGrill to a PG-1172 ProGrill, changes discount to allowance, and reduces price of Stainless Steel Surcharge.

**SHIPMENT:**

- Date of shipment is approximately 15 weeks from receipt of order and settlement of all financial and required technical information. Shipment date is to be confirmed at time of order entry.
- All other goods will be shipped ex works FMC FoodTech or supplier's factory. Shipping and handling charges will be prepaid by FMC FoodTech and added to the final invoice for payment by Buyer.

FRIGOSCANDIA                                                                                      **STEIN · DSI**

FM technologies
1622 First St.
Sandusky, OH 44870
Phone: (419) 626-0304
Fax:     (419) 626-9560

**FMC**

## FMC FOODTECH ORDER ACKNOWLEDGEMENT

No. 05JA-1129 REV.A
Date November 22, 2005
Page 4

### PAYMENT TERMS:

- 35% of the Total Price as down payment due at time of order
- 30% of the Total Price forty-five (45) days from date of order acceptance
- 30% of the Price for each System prior to shipment of main components
- 5% of the Total Price due upon mechanical completion, not to exceed thirty (30) days after shipment

**START-UP SUPERVISION** by a FMC FoodTech Service Representative will be provided if required on the above machinery on weekdays only for a period of **7 days**. Customer's delay of the Service Representative beyond this period must necessarily be billed at **$800.00 per day** plus travel and living expenses and/or $1,200.00 per Saturday, Sunday, or holiday plus travel and living expenses.

FMC FoodTech must be advised prior to the manufacture of this order of any special code regulations, which differ from normally accepted practice. Changes required by any of the above regulations shall be the responsibility of the buyer.

### WARRANTY TERMS:

The warranty given by FMC FoodTech for the equipment and services covered by this Proposal is as set forth in the Conditions of Sale and, for this Proposal, as modified below.

The Warranty Period for equipment and parts manufactured by FMC FoodTech, its subsidiaries or affiliates shall be:
- For Cooking, Frying, Breading and Battering Equipment – Twenty-four (24) months from date of shipment or eighteen (18) months from FMC FoodTech's notification to Buyer that Equipment is mechanically complete, whichever occurs first.

### APPROVAL AND ACCEPTANCE

The following documents are attached to and form a part of this proposal:

1. FMC FoodTech Equipment Technical Specifications
2. Responsibilities
3. Conditions of Sale

FRIGOSCANDIA                                                                                           ***STEIN · DSI***

FMC Technologies
1822 First St.
Sandusky, OH 44870
Phone: (419) 626-0304
Fax: (419) 626-9560

**FMC**

## FMC FOODTECH ORDER ACKNOWLEDGEMENT

No. 05JA-1129 REV.A
Date November 22, 2005
Page 5

**ORDER ENTRY:**
Prices quoted are firm for thirty (30) days. For earliest delivery of equipment and order entry, please approve this proposal as soon as possible by signing both copies and returning them to FMC FoodTech's Sandusky Ohio **(Northfield, Minnesota)** office. When signed and accepted by FMC FoodTech, with a copy returned to Buyer, this proposal will be a binding agreement between Buyer and FMC FoodTech to buy, and sell, the equipment and services, at the price and on the terms, set forth in this proposal. The people signing this proposal for FMC FoodTech and Buyer have the authority and power to act for and bind their respective companies.

The purchase of the equipment quoted herein may be subject to state and local sales taxes for your installation site. For tax-exempt purchases, please provide an original sales tax exemption certificate at the time of order placement. For non-exempt purchases, taxed will be applied at current tax rates.

FMC FoodTech sincerely appreciates the confidence you have placed in us, and we look forward to working with you on this important project.

Accepted                                          Accepted

**SIMMONS FOODS, INC.**                           **FMC FoodTech Inc.**

By _[signature]_                                  By _L.R. Moriarty_

Title _Vice President - FP_                       Title _Dir Proj Mgt_

Date _11/23/05_                                   Date _12-1-05_

**THIS PROPOSAL IS SUBJECT TO, AND ANY OFFER AND ACCEPTANCE IS LIMITED TO, THE EXACT TERMS AND CONDITIONS STATED IN THIS PROPOSAL AND NO OTHERS. ANY INCONSISTENT OR ADDITIONAL PROVISION SHALL HAVE NO FORCE OR EFFECT AND SHALL NOT BE PART OF THE AGREEMENT BETWEEN THE PARTIES.**

FRIGOSCANDIA                                      **STEIN · DSI**

FMC Technologies
1622 First St.
Sandusky, OH 44870
Phone: (419) 626-0304
Fax:   (419) 626-9560

**FMC**

## RESPONSIBILITIES

| Item | Description | Responsibility | Accept Initials / Date |
|---|---|---|---|
| 10. | Field electrical wiring from FMC FoodTech equipment control panel(s) to equipment electrical components.<br><br>Provide all electrical field wiring between equipment control panel and all Equipment electrical components in accordance with local codes and FMC FoodTech Electrical Drawings and Specifications.<br><br>Wiring distance between equipment operator control panel and electrical panel housing starters and fuses shall not exceed 20 feet unless stated otherwise. | Buyer | |
| 11. | Safe Work Environment.<br><br>Provide a safe working environment for FMC FoodTech employees and crews according to local and federal codes and requirements and good construction practices.<br><br>No FMC FoodTech employee may be awake on company time more than 18 hours in a 24-hour period. Two such periods will be allowed for a maximum of 36 hours up time in a given 48-hour period. After the maximum 36 hours is reached, 8 hours of rest are mandatory. Sporadic rests during work are required. No one will be allowed to work more than 21 consecutive days. | Buyer | |
| 12. | Builder's work.<br>Any work required to the existing or new building structure including, but not limited to: temporary walls or partitions, wall penetrations and ceiling modifications.<br>Removal and disposal of all construction debris. | Buyer | |
| 13. | Covered, secure and appropriate space and protection for delivered components, equipment installation, parts, tools and personal effects.<br><br>Provide: A covered storage area for machinery and associated materials; lockable storeroom for parts, tools and personal effects; lockable space for a site office; suitable hygiene facilities for FMC FoodTech personnel. | Buyer | |
| 14. | Use of telephone and FAX.<br>Provide free use of telephone for voice and fax communications. | Buyer | |

FRIGOSCANDIA                                                    **STEIN · DSI**

FMC

FMC Technologies
1622 First St.
Sandusky, OH 44870
Phone: (419) 626-0304
Fax:   (419) 626-9560

## CONDITIONS OF SALE

1. **DEFINITIONS:**
As used in this Agreement, the terms listed below are defined as follows:
   A. "Agreement" means the agreement between Buyer and Seller to which these terms and conditions are attached or affixed and all documents incorporated into that agreement by reference and these terms and conditions;
   B. "Seller" means FMC FoodTech Inc.;
   C. "Buyer" means the party, or parties, other than Seller that has signed the Agreement;
   D. "Work" means the services that Seller is to perform under this Agreement ("Services") and the equipment, parts and other goods or items that Seller is to provide under this Agreement ("Goods");
   E. "Price" means the total amount due from Buyer under the Agreement; if not specified in the Agreement, the Price shall be the price at the time of shipment.

2. **PRICES / PAYMENT:**
Unless otherwise specified, Seller will pay the Price in U.S. funds, net 30 days, all prices apply F.O.B. point of manufacture, and prices quoted are firm for thirty (30) days. Seller may place a service charge on past due accounts at the highest rate permitted by law. Buyer shall pay Seller the full Price and any additional expenses incurred by Seller when delivery is suspended pursuant to Buyer's actions, omissions or written instructions.

3. **WARRANTY:**
A. <u>Warranty</u>. Unless otherwise specified, the "Warranty Period" shall mean: (i) six (6) months from shipment in the case of parts; (ii) eighteen (18) months from date of shipment or twelve (12) months from the date that Seller notifies Buyer that the Goods are Mechanically Complete, whichever occurs first, in the case of equipment; and (iii) six (6) months from completion of work in the case of rebuild work. For the Warranty Period, Seller warrants with respect to new equipment or parts manufactured by Seller, its subsidiaries or affiliates only and to Buyer only, that: (a) the Services will have been performed in a workmanlike manner; (b) the Goods will (i) be free from defects in material and workmanship; (ii) comply with the express warranties, if any, found elsewhere in this Agreement; and (c) the Goods do not literally infringe any United States patent issued as of the effective date of this Agreement (a "Patent").
THIS WARRANTY AND THE EXPRESS WARRANTIES FOUND ELSEWHERE IN THIS AGREEMENT ARE EXCLUSIVE AND ARE IN LIEU OF ALL OTHER WARRANTIES, EXPRESS OR IMPLIED, INCLUDING THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE.
B. <u>Misuse</u>. This warranty shall not apply to Goods subjected to improper storage, misuse, neglect or accident, modified without Seller's written approval or not stored, installed, operated, maintained or used in accordance with Seller's manuals and instructions and normal industry practice. Seller shall assign to Buyer, to the extent possible, any warranties received by Seller from the suppliers or manufacturers for Goods that Seller, its subsidiaries or affiliates do not manufacture.
C. <u>Buyer's Use of Components or Services not Supplied by Seller</u> This warranty shall not apply to the Goods or Services if: (i) Buyer uses, obtains, purchases, incorporates or attaches components or parts not supplied by Seller or (ii) Buyer purchases, obtains, contracts or subcontracts services not performed or supplied by Seller.

FRIGOSCANDIA                                                                STEIN·DSI

FM\_ .echnologies
1622 First St.
Sandusky, OH 44870
Phone: (419) 626-0304
Fax: (419) 626-9560

**FMC**

4. **LIMITATION OF REMEDY AND LIABILITY:**
Seller's liability under this Agreement is, and Buyer's exclusive remedy shall be, limited to: (a) the patent indemnification set forth below in the case of a breach of warranty with respect to a Patent; (b) the re-doing of Services found defective by Seller; (c) the repair or, at Seller's option, replacement of Goods returned F.O.B. Seller's factory and found defective by Seller, but not the labor costs to remove the Goods or install replacements; or (d) if, in the opinion of the Seller only, re-work, repair or replacement will not remedy a claimed defect or failure of the Work to comply with any express warranties, Buyer's remedy is limited to repayment of any amounts paid on the Price, cancellation of the Agreement and return of the Goods F.O.B. point of manufacture. If the Goods, or other equipment serviced under this Agreement, have been used for a period of thirty (30) days, Seller may deduct a reasonable depreciation charge from the repayment of the Price. Buyer will give Seller access to and cooperate in repair of the Goods and, at Seller's request, permit Seller to oversee their removal. Notwithstanding the above and any other provision in this Agreement to the contrary, Seller's aggregate liability under this Agreement, including that for breach of contract, negligence, infringement, strict liability in tort or otherwise and including Seller's own costs of other parties that it incurs and indemnities and liquidated or other damages, if any, due Buyer, shall be limited to and shall not exceed the Price. The above limitations shall inure to the benefit of Seller's suppliers and subcontractors.

5. **DISCLAIMER / CONSEQUENTIAL DAMAGES:**
NEITHER PARTY WILL BE LIABLE TO THE OTHER FOR LOST PROFITS OR ANY INDIRECT, SPECIAL, INCIDENTAL OR CONSEQUENTIAL DAMAGES ARISING OUT OF OR RELATED TO THIS CONTRACT (INCLUDING BUT NOT LIMITED TO: LOSS OF REVENUE OR GOODWILL; LOSS OF USE OF OR DAMAGE TO THE GOODS OR OTHER PROPERTY, FACILITIES OR SERVICES; LOSS OF, DELAY IN OR INCREASED COSTS OF PRODUCTION; BUSINESS INTERRUPTION; ENVIRONMENTAL DAMAGE; OR LOSS OF OR DAMAGE TO INVENTORY OR PRODUCTS PRODUCED USING THE GOODS OR EQUIPMENT BEING SERVICED, WHETHER SUCH LOST PROFITS OR DAMAGES ARISE AS PERSONAL INJURY, INCLUDING DEATH, PROPERTY DAMAGES OR ECONOMIC OR OTHER LOSS AND WHETHER BASED ON BREACH OF WARRANTY OR CONTRACT, NEGLIGENCE, STRICT LIABILITY OR ANY OTHER LEGAL THEORY.
BUYER'S EXCLUSIVE REMEDY IS, AND SELLER'S LIABILITY SHALL BE, LIMITED AS SET OUT IN SECTION 4.

6. **FORCE MAJEURE:**
Seller shall not be liable to Buyer for any loss or damage suffered by the Buyer, directly or indirectly, from any failure or delay by Seller in delivering or performing under this Agreement that is caused by circumstances beyond Seller's control, including but not limited to, fires, computer or telecommunications systems failures, floods, natural disasters, strikes, slowdowns, lockouts, war, riot, civil disturbances, terrorist acts, embargo, government regulations or restrictions of any and all kinds, expropriation of plant by federal or state authority, interruptions of or delay in transportation, material shortages, power failures, inability to obtain materials and supplies, accidents, explosions, acts of God, or other causes of like or different character beyond Seller's control. The time for Seller's delivery and performance shall be extended during the continuance of such conditions and for a reasonable time thereafter.

FRIGOSCANDIA

**STEIN · DSI**

FMC

FMC Technologies
1022 First St.
Sandusky, OH 44870
Phone: (419) 626-0304
Fax:    (419) 626-9560

### 7. TAXES:

Buyer shall pay, reimburse Seller, or provide a Tax Exemption Certificate for, all federal, state, county, provincial or municipality, compensating, intangible, sales, use, gross income or like taxes applicable to this Agreement, now or hereafter in effect, except for taxes payable upon Seller's net income.

### 8. PROPRIETARY RIGHTS:

A. <u>No Assignment of Rights</u>. Nothing contained in this Agreement shall be construed as an assignment or grant to Buyer of any right or title to the trade secrets, copyrights, patents or other intellectual property rights associated with the Work or for any other related information or data supplied by Seller or its licensors.

B. <u>Confidential Information</u>. Buyer agrees that the Work, its design and process-know how, instructions on usage, and any other related information or data supplied by Seller (the "Information") constitute valuable trade secrets and proprietary information of Seller or its vendors or subcontractors. Buyer agrees that it shall hold the Information in confidence and secrecy. Buyer shall not use Work or the Information except as expressly authorized by this Agreement or except to operate and maintain the Goods supplied or serviced hereunder. Further, Buyer shall not disclose the Work provided hereunder or Information to any party other than its employees or agents who need to use it in order to operate or maintain the Goods supplied or serviced hereunder.

C. <u>Copying</u>. Buyer agrees that it shall not, in whole or in part, copy, disclose, reverse compile, disassemble, reverse engineer, or make any unauthorized use or modification of the Work. Buyer further agrees that it shall not make, or permit any person to make, any drawing, photographs or other reproduction of the Work other than of the external Work as a whole or as otherwise authorized by the Seller.

D. <u>Software License</u>. The software and accompanying documentation (collectively the "Software") that may be delivered hereunder or which is embedded in the Goods are owned or licensed for use to Seller and protected by the copyright laws of the United States and international treaties and conventions. Seller grants to Buyer a non-exclusive, non-transferable license to use the Software in operating the Goods. If the Buyer uses the Software beyond the scope of this license, including making alterations to or copying the Software, then FMC FoodTech may terminate such license without prior written notice.

E. <u>Patented Processes</u>. The purchase of the Work does not entitle Buyer to employ it with any patented process owned by Seller or others, except as set forth above with respect the Software or where Buyer is otherwise expressly authorized to use such process.

### 9. PATENT INFRINGEMENT:

Buyer agrees, during the term of this Agreement, to promptly notify Seller, in writing, of any notice, claim or suit that use of the Goods constitutes or results in literal infringement of a Patent, and Seller shall defend and indemnify Buyer from any such suit that may be brought against Buyer, provided and upon condition that (a) Buyer shall promptly deliver to Seller all notices and other papers received by or served upon it, (b) Seller shall, in the event of suit, be permitted to take complete charge of its defense and to compromise the same, if Seller deems it advisable, (c) Buyer shall give Seller its full cooperation in the defense of such suit, at the expense of FMC FoodTech, and (d) Buyer does not by any act, except as may be required by law, or compelled during or as a result of legal proceedings (including any admission or acknowledgement) materially impair or compromise the defense of such suit or proceeding). Buyer, at its option and expense, may be represented in any such suit by attorneys of its own selection. If in such suit or proceeding, the Work or any portion thereof is held to constitute literal infringement and its use is enjoined pursuant to an appeal from which no appeal may be taken, Seller shall, at its own expense and option, either procure the right for

FRIGOSCANDIA                                                                                     STEIN - DSI



FMC Technologies
1022 First St.
Sandusky, OH 44870
Phone: (419) 626-0304
Fax: (419) 626-9560

continued use thereof or rework or replace or modify the affected portion so that it becomes non-infringing or accept return of such infringing portion and refund a pro rata portion of any amount paid by Buyer for such portion. However, Buyer shall not be entitled to recover damages from Seller because of such injunction. In no event shall Seller's costs of defense and compliance with this section exceed the total amounts paid to it by Buyer pursuant to this Agreement. If Buyer specifies or modifies the Work or any portion of it or uses the Work or any portion of it with software or equipment that Seller does not supply to Buyer, then this provision shall not apply, Seller will have no liability whatsoever for intellectual property infringement claims that may arise and Buyer will indemnify and hold Seller harmless from any such claims. This paragraph states the entire liability of FMC FoodTech with respect to intellectual property infringement by the Work.

## 10. RISK OF LOSS AND TITLE:
Buyer assumes risk of loss or destruction of, or damages to, the Goods after delivery to Seller or carrier, whichever first occurs. Title passage for shipments outside of the U.S. shall be governed by INCOTERMS.

## 11. SAFETY FEATURES:
It is understood that (i) Seller has relied upon data furnished by or on behalf of Buyer with respect to the application, manner of use, location, connection to other pieces of equipment and safety aspects of the Goods or upon representations made by Buyer or on behalf of Buyer that the Goods will not be applied or used by Buyer or its customers in such a way as to detract materially from their safety in use, including without limitation in an installation of which the Goods will be a part or in the manufacture of another product in which the Goods will be a component; and (ii) that it is Buyer's responsibility to assure that the Goods when installed and put in use will be in compliance with safety requirements fixed by applicable law and will be otherwise adequate to safeguard against injuries to person or property.

## 12. INDEMNIFICATION:
Without limiting Seller's obligations as provided above to repair or replace defective parts and to indemnify Buyer with respect to patent infringement, Buyer shall indemnify, release, defend and hold harmless Seller, its subsidiaries and affiliates and Seller's and its subsidiaries' and affiliates' directors, officers, employees and agents from and against any and all loss, cost, damages, claims, liabilities or expenses (including reasonable attorneys', consultants' and experts' fees and amounts paid in settlement or judgment), arising out of or resulting from any injury or death to any person or damage to any property, including product or environmental contamination or pollution, caused by the inadequacy of the safety features, devices or characteristics of the Goods or in the installation, use, operation, maintenance or condition of the Goods or the provision of the Services and whether arising or asserted as a claim of negligence, strict liability in tort, breach of warranty or contract or any other type of claim. These provisions shall survive termination or assignment of this Agreement. Buyer represents that it has liability insurance coverage, in sufficient and adequate amounts, to support the indemnification obligations set forth in these provisions.

## 13. SECURITY INTEREST:
Buyer hereby grants Seller a purchase money security interest in the Goods, and to any and all additions, accessions, substitutions, replacements and accessories to them and in all proceeds, to secure Buyer's obligation to pay the Price, plus accrued interest, if any, and to fully perform all of the terms and conditions of this Agreement. Buyer agrees to execute all financing statements or other documents and take actions considered necessary or desirable by Seller to perfect its security interest. Seller may enter Buyer's premises to inspect the Goods and, if Buyer defaults under this



FMC Technologies
1622 First St.
Sandusky, OH 44870
Phone: (419) 626-0304
Fax:     (419) 626-9560

Agreement, to repossess and remove the Goods. Buyer will not move the Goods from the premises in which they were first installed until the Price and any accrued interest have been paid in full. Buyer and Seller agree that the Goods are personal property, and they shall retain that character no matter if or how affixed or attached to any structure.

### 14. ACCEPTANCE:
Buyer may choose to issue a purchase order to identify the Work for purchase and for its own internal purposes. However, unless accepted in writing by an authorized employee of Seller, any Buyer terms and conditions contained in purchase orders, acceptances, acknowledgments, confirmations or other documents inconsistent with, different from, or additional to the terms and conditions herein, will be null and void, and in lieu thereof, the terms and conditions herein shall control. No modification hereof shall be binding upon Seller unless such modification is in writing signed by a duly authorized representative of Seller.

### 15. MERGER/SEVERABILITY
This Agreement constitutes the entire understanding between Buyer and Seller, supersedes all contemporaneous and previous agreements and understandings between Buyer and Seller relating to its subject matter. Any promises, representations, warranties or guarantees not contained herein, shall have no force and effect unless in writing signed by Seller and Buyer. Should any provision herein be contrary to, prohibited by, be held unenforceable, be deemed invalid or in conflict with the applicable laws or regulations of any jurisdiction, such provision shall be deemed inapplicable and omitted to the extent contrary, prohibited, unenforceable, invalid or in conflict, but the validity of the remaining parts or provisions shall not be affected and shall be given effect so far as possible.

### 16. ADDITIONAL CHARGES:
If repair parts, substitutions or additional Goods or Services are purchased by Buyer, the terms and conditions herein shall be applicable thereto, as if originally purchased hereunder.

### 17. CHANGES:
If Buyer requests a change in the Work which is acceptable to Seller, then Seller will give Buyer notice of a change order describing the change and any increase in Price or extension of delivery dates required by the change. If Buyer does not object to the change order within ten (10) days from the date of notice, then Seller shall proceed with the change, and Buyer shall pay for the change as indicated in the change order upon issuance of Seller's invoice. Seller reserves the right to discontinue the manufacture or provision of, or change or modify, any Goods or Services or their design or construction.

### 18. TERMINATION BY SELLER:
Seller reserves the right to terminate this Agreement if, in Seller's sole opinion, governmental controls do not permit Seller to maintain a remunerative price-cost relationship. However, Seller's prices will not exceed those permitted by lawful governmental regulations in effect at delivery time.

### 19. REPUDIATION BY BUYER:
Buyer may not terminate this Agreement without Seller's prior written consent. If Buyer does or if Buyer otherwise repudiates this Agreement, Buyer shall be liable to Seller for all of its costs and other commitments incurred to the date of repudiation, plus its incidental damages, plus the profit Seller would have made from full performance of this Agreement.

FRIGOSCANDIA                                                                 **STEIN · DSI**



FM Technologies
1822 First St.
Sandusky, OH 44870
Phone: (419) 626-0304
Fax: (419) 628-9560

### 20. GOVERNING LAW:
This Agreement is construed to be between merchants and governed under the laws of the State of Illinois, without regard to its conflicts of laws principles or the United Nations Convention on the International Sale of Goods. The prevailing party in litigation, including any appeal or petition for review, will be entitled to recover reasonable attorney fees and costs. The parties agree to submit to the exclusive jurisdiction of the State or Federal courts sitting, respectively, in Cook County Illinois or the federal district of which that county is a part.

### 21. DISPUTE RESOLUTION:
If there is any dispute, or difference arising out of, or relating to this Agreement or the breach thereof, the parties shall use their best endeavors to settle such dispute, or difference, by consulting and negotiating with each other, in good faith and understanding of their mutual interests, to reach a just and equitable resolution which is satisfactory to the parties. If the parties cannot resolve such dispute, or difference, up to the level of each party's Division Manager or President within ninety (90) days after a party's initial notice of the dispute the parties shall be free to litigate their differences in accordance with this Agreement. This clause shall not preclude the parties from bringing an action in any court of competent jurisdiction for injunctive relief or other provisional remedy to which they are entitled.

### 22. ASSIGNMENT:
All the terms hereof shall be binding upon the Buyer and its successors and assigns and may be enforced by and will inure to the benefit of Seller and its successors and assigns. Nevertheless, Buyer may not assign his rights or delegate the performance of its obligations under this Agreement without the prior written consent of Seller. Seller may assign its rights or delegate or subcontract the performance of its obligations under this Agreement, in whole or in part, without Buyer's consent. Upon such assignment, Seller shall be released from all obligations under this Agreement.

### 23. DELIVERY AND ACCEPTANCE:
Deliveries are scheduled only after acceptance of an order and clarification of required technical information, including Buyer approval of drawings when required. Shipping dates are estimates, made to the best of Seller's ability based on conditions prevailing at the time of quotation, and are not guaranteed. Buyer must immediately inspect or provide for immediate inspections upon delivery. All claims for alleged defects are waived and Buyer shall be deemed to have accepted the Work, unless Seller is notified of the claim within thirty (30) days after receipt of the Goods or completion of the Work. Seller shall be released from any delivery time obligations if: (a) information, including but not limited to, data, drawings, schemes, or diagrams, necessary for design, manufacture, supply or delivery is not timely received from Buyer, is incomplete, or contains inaccuracies, (b) Buyer fails to perform any of its obligations under this Agreement, (c) unanticipated or different tests, controls or inspections must be conducted, and (d) Buyer requests variations to the Work from that specified in this Agreement.

### 24. GOODS FOR EXPORT:
Buyer shall advise Seller of the true and ultimate destination of the goods. Unless otherwise expressly stated, Seller presumes goods are destined for ultimate delivery in the U.S. If goods are exported without its knowledge, Seller shall not be liable for packaging, marking, labeling, documentation, or warranty deficiencies which may result.

FRIGOSCANDIA

**STEIN · DSI**

**FMC**

FM Technologies
1622 First St.
Sandusky, OH 44870
Phone: (419) 626-0304
Fax:   (419) 626-9560

## 25. DRAWINGS / SPECIFICATIONS:

Buyer shall be responsible for the accuracy of any designs, drawings, and specifications it provides and shall hold Seller harmless from any and all costs or expenses Seller incurred due to errors or mistakes.

FRIGOSCANDIA

**STEIN · DSI**