```
            IN THE UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF ARKANSAS
                    FORT SMITH DIVISION
```

MICHAEL REED                                              PLAINTIFF

    v.                    Case No: 09-2061

MALONE'S MECHANICAL, INC., and
MICHAEL JACOBS                                           DEFENDANTS

TRAVELERS INSURANCE COMPANY
and FMC TECHNOLOGIES                                     INTERVENORS

## ORDER

Currently before the Court are Plaintiff's Motions for Extension of Discovery Deadline to Complete Deposition of Dr. Reintjes (doc. 71), for Leave to Depose Rebuttal Witnesses and Alternative Motion in Limine to Strike Portions of Deposition of Dr. Stephen Reintjes (doc. 72), and for Conference with Court (doc. 76). Also before the Court is Defendants' Motion for Application of Arkansas Law (doc. 73).

Plaintiff's Motion for Extension of Discovery Deadline to Complete Deposition of Dr. Reintjes (doc. 71) is **GRANTED,** and the discovery deadline is extended for the purpose of completing Dr. Reintjes' deposition on August 13, 2010.

Plaintiff's Motion for Leave to Depose Rebuttal Witnesses (doc. 72) is **GRANTED** to the extent that the discovery deadline is extended to permit Plaintiff to depose Drs. Richard Miller and Jeffrey Kaplan for the purpose of rebuttal testimony provided that such depositions be completed at a time and place agreed upon by the parties in sufficient advance of the trial date.

Defendants' Motion for Application of Arkansas Law (doc. 73) is **GRANTED,** as Arkansas law applies to intervenors' subrogation claim for the recovery of Workers' Compensation benefits.

Finally, Plaintiff's Motion or Suggestion for Conference with Court (doc. 76) is **GRANTED,** and a pre-trial conference is scheduled for **Wednesday, September 1, 2010, at 3:00 p.m.**  The trial of this matter remains set for the week of September 7, 2010.

IT IS SO ORDERED this 9th day of August 2010.

>	/s/Robert T. Dawson
>	Honorable Robert T. Dawson
>	United States District Judge